750

No. 185. SNYDER *v.* PROVIDENT TRUST Co. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Norman J. Griffin* for petitioner.

No. 186. PATCH *v.* STAHLY. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd W. Patch* for petitioner.

No. 188. BAUMER *v.* FRANKLIN COUNTY DISTILLING Co., INC. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank S. Ginocchio* for petitioner. *Mr. Leslie W. Morris* for respondent.

No. 192. EVANS *v.* SOUTH CAROLINA. October 11, 1943. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. John F. Williams* for petitioner.

No. 194. WILLIAMS ET AL. *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. Carl J. Batter* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch,* and *Mrs. Elizabeth B. Davis* for the United States.

No. 225. INSULAR SUGAR REFINING CORP. *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. J. Sterling Halstead*

for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Samuel H. Levy,* and *Mrs. Elizabeth B. Davis* for the United States.

No. 196. GARRISON *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ben F. Cameron* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 197. DELENDO CORPORATION (FORMERLY OLDE-TYME DISTILLERS CORPORATION) ET AL. *v.* SMOLOWE ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jay Leo Rothschild* for petitioners. *Solicitor General Fahy* and *Mr. Chester T. Lane* for the United States, respondent.

No. 199. ALFRED I. DUPONT TESTAMENTARY TRUST ET AL. *v.* OKEECHOBEE COUNTY. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Giles J. Patterson* for petitioners.

No. 202. PAN AMERICAN AIRWAYS, INC. ET AL. *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Henry J. Friendly* and *J. E. Yonge* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Er-*